Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 269 | **DATE** | 1/16/2003 |
| **CASE TITLE** | Penny Gentieu vs. Tony Stone Images/Chicago | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Supplement to Memorandum Opinion and Order. That of course means the Opinion's characterization of Gentieu's expenditure of time as an add-on to the accountant's charges for what had been thought to be the accountant' 113-page report must be corrected. But that necessary correction in the description of the report does not alter either the Opinion's analysis or the conclusions reached there.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JAN 17 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 1/16/2003 | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PENNY GENTIEU, et al.,           )
                                  )
           Plaintiffs,            )
                                  )
     v.                           )    No. 00 C 269
                                  )
TONY STONE IMAGES/CHICAGO, INC.,  )
et al.,                           )
                                  )
           Defendants.            )

SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

At this morning's status hearing, which had been set at the conclusion of this Court's January 13, 2003 memorandum opinion and order ("Opinion"),[1] counsel for Gentieu orally pointed out an inadvertent error in the Opinion. In the course of itemizing Penny Gentieu's claim to be paid $100 an hour for all the time that she listed as her having spent personally in connection with the audit at issue, Opinion at 3 referred in part to "a 32% add-on to the accountant's charges attributable to Gentieu's self-perceived need to 'report' on the accountant's own report (21 hours of her time, for a claimed fee of $2,100)."

That characterization had stemmed from this Court's assumption as to what was involved in the following entry that formed part of Penny Gentieu's October 28, 2002 one-page list of what she termed "Cost of the Stonewalled Audit":

---

[1] This supplement to the Opinion will employ the same designations for the parties that were used there.

>           Gentieu's time: report on the 113 page
>           report (21 hours)

Because the October 28 statement provided no explanation beyond that, nor did the parties' submissions on Getty's motion cast any light on the subject, this Court simply made what appeared to be the natural assumption that it had been Gentieu's accountant whose 113-page report was referred to. But as Gentieu's counsel explained this morning, that report had instead been one provided by Getty (not by Gentieu's accountant) in conjunction with the items that entered into the determination of assertedly unpaid and late-paid license fees.

That of course means the Opinion's characterization of Gentieu's expenditure of time as an add-on to the accountant's charges for what had been thought to be the accountant's 113-page report must be corrected. But that necessary correction in the description of the report does not alter either the Opinion's analysis or the conclusions reached there.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 16, 2003